UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

                                         Case No. 1:09:CR:48

v.

                                         HON. GORDON J. QUIST

MICHAEL RICHARD ROBINSON,

       Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed April 1, 2009, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Michael Richard Robinson's pleas of guilty to Counts One, Two, and Three of the Indictment are accepted. Defendant Michael Richard Robinson is adjudicated guilty.

3. Defendant Michael Richard Robinson shall be detained pending sentencing.


Dated: April 16, 2009                                                   /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE